## Parsons v. Motor Freight Express, Appellant, et al.

Argued January 12, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

*Daniel G. Murphy,* with him *George Eves,* for appellant.

*Harry R. Matten,* of *Matten & Matten,* for appellee.

PER CURIAM, March 20, 1944:

This case was tried with that of *Schiele v. Motor Freight Express, Inc.* 348 Pa. 525, in which the same ex-

ceptions were taken, and they have all been disposed of in that case.

Judgment affirmed.